1  DANA A. SUNTAG (California State Bar #125127)
   SUNTAG & FEUERSTEIN
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:    (209) 943-0905
5  Dana@Suntag-Feuerstein.com

6  MATTHEW P. DACEY (California State Bar #196943)
   Deputy County Counsel
7  OFFICE OF THE COUNTY COUNSEL
    OF SAN JOAQUIN
8  County of San Joaquin
   44 North San Joaquin Street, Suite 679
9  Stockton, California  95202
   Telephone:  (209) 468-2980
10

11 Attorneys for Defendants
   in Case No. 07-2083

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14
   SUSAN LYNN ADAMS, et al.,              )   **No. CIV S-07-2083 FCD EFB**
15                                         )
                Plaintiffs,                )   **STIPULATION AND ORDER FOR**
16                                         )   **HEARING ON DEFENDANTS'**
                v.                         )   **MOTION TO CONSOLIDATE**
17                                         )   **ACTIONS ON SHORTENED TIME**
   DEPUTY MICHAEL NOCON, et al.,          )
18                                         )   **[No hearing set]**
                Defendants.                )
19                                         )
                                           )
20 _____)   **No. CIV. S-08-2420 FCD EFB**
   ROBERT SKIPTON BARRINGTON,             )
21                                         )
                Plaintiff,                 )
22                                         )
                v.                         )
23                                         )
   COUNTY OF SAN JOAQUIN, et al.,         )
24                                         )
                Defendants.                )
25                                         )
                                           )
26 _____)

27

28

STIPULATION AND ORDER RE
HEARING ON SHORTENED TIME                  1
ON MOTION TO CONSOLIDATE

1    WHEREAS, Defendants in these related cases are filing a motion to

2  consolidate the two cases;

3    WHEREAS, the trial in Case No. 07-2083 is scheduled for February 23,

4  2010, and the final pretrial conference is scheduled for December 11, 2009, with all

5  filings for the final pretrial conference due on December 4, 2009;

6    WHEREAS, the trial in Case No. 08-2420 is scheduled for December 7,

7  2010, and the final pretrial conference is scheduled for October 8, 2010, with all filings

8  for the final pretrial conference due on October 1, 2010;

9    WHEREAS, in the motion to consolidate, Defendants will ask the Court to

10  consolidate the matters for trial on December 7, 2010, and to vacate the trial and final

11  pretrial conference dates in Case No. 07-2083;

12    WHEREAS, the parties wish the motion to consolidate to be heard in

13  advance of the final pretrial conference and final pretrial conference filings in

14  Case No. 07-2083;

15    IT IS STIPULATED AND AGREED:

16    The hearing on Defendants' motion to consolidate be heard on shortened

17  time at the earliest possible date that is convenient for the Court.

18  Dated: November 10, 2009                    FRANCK AND ASSOCIATES

19
                                             By: __/s/ *Herman Franck*_____
20                                               HERMAN FRANCK
                                                 Attorneys for Plaintiffs
21  Dated:  November 10, 2009                    SUNTAG & FEUERSTEIN
                                                 A Professional Corporation
22

23

24                                           By: __/s/ *Dana A. Suntag*_____
                                                 DANA A. SUNTAG
25                                               Attorneys for Defendants
                                                 MICHAEL NOCON, DAVID
26                                               BRUEGEL, KAHEKILI SETO, and
                                                 JOHN DAVIS
27

28

STIPULATION AND ORDER RE
HEARING ON SHORTENED TIME                       2
ON MOTION TO CONSOLIDATE

1   Dated: November 10, 2009                     DOWNEY BRAND LLP

2
                                                By: ___/s/ *Anthony Vignolo*_____
3                                                    ANTHONY VIGNOLO
                                                     Attorneys for Defendant COUNTY
4                                                    OF SAN JOAQUIN

5                                     O R D ER

6           IT IS SO ORDERED. The hearing on Defendants' motion to consolidate

7   these cases shall be heard at 10:00 a.m. on November 25, 2009, in Courtroom 2.

8   Plaintiffs shall file their opposition no later than 12:00 p.m. on Thursday, November 19,

9   2009. Defendants shall file their reply brief no later than 4:00 p.m. on Monday,

10  November 23, 2009.

11
    Dated: November 13, 2009
12

13                                              _____
                                                FRANK C. DAMRELL, JR.
14                                              UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE
HEARING ON SHORTENED TIME                   3
ON MOTION TO CONSOLIDATE